1  CENTER FOR DISABILITY ACCESS
   Dennis Price, Esq., SBN 279082
2  Amanda Seabock, Esq., SBN 289900
   100 Pine St., Ste 1250
3  San Francisco, CA 94111
   (858) 375-7385; (888) 422-5191 fax
4  AmandaS@potterhandy.com
   Attorneys for Plaintiff, Andres Gomez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ANDRES GOMEZ, | Case No.: 3:21-cv-09166-EMC |
|---|---|
| Plaintiff, | NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES |
| v. | |
| KTP CARS, INC., a California Corporation, dba Fiat of Burlingame; | |
| Defendant. | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

CENTER FOR DISABILITY ACCESS

Dated: May 16, 2022

By: Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff